IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                     Case No.: 8:20-cv-2161-T-60CPT

CITY OF VENICE, FLORIDA,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

This matter is before the Court upon the joint motion of Plaintiff United States of America and Defendant City of Venice, Florida to dismiss this case in light of the Settlement Agreement (attached to the joint motion) that resolves their dispute. (Doc. 2). After being fully advised of the Agreement, and being otherwise advised in the premises, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The motion to dismiss (Doc. 2) is **GRANTED**.

(2) This matter is **DISMISSED WITHOUT PREJUDICE**. The Court shall retain jurisdiction over the Settlement Agreement for enforcement purposes.

(3) It is **FURTHER ORDERED** that, 18 months after the effective date of the Settlement Agreement, which date, by its terms, is March 15, 2022,

this matter shall be automatically **DISMISSED WITH PREJUDICE**, without any further action by this Court.

(4) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>16th</u> day of September, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**